IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02818-CMA-BNB

ROBERT QUINN, an individual,
KAREN QUINN, an individual,
PATRICIA RODENZ, an individual,
MICHAEL MCCLENDON, an individual,
DAVID AKSLAND, an individual,
SEAN MULVIHILL, an individual,
STEPHEN MULVIHILL, an individual,
EDWIN BAKER, an individual,
VIRGINIA BAKER, an individual,
STAN LYNN, an individual,
EDWARD LOVELACE, an individual,
DONNA LOVELACE, an individual,
EJL ENTERPRICES, INC., a Colorado corporation,
PRAIRIE LAND, LLC a Colorado limited liability company,
CRAIG CLAUSEN, an individual
KENLOU, LLC, a dissolved Colorado corporation,
GARY LEVIN, an individual,
FIDDLEBACK RANCH, LLC, a Colorado limited liability company,
WILLIAM PAUL SUMMERS, an individual,
EUGENE ERICKSON, an individual,
ANNE ERICKSON, an individual,
LORA KRISTA, an individual,
REBECCA ARNOLD, an individual,
DENNIS LEONARD, an individual,
THOMAS MARONEY, an individual,
STATION GULCH RANCH, LLC, a Colorado a limited liability company,
RICHARD O'LEARY, an individual,
LINDA O'LEARY, an individual,
MORNINGSTAR DEVELOPMENT LLC, a Colorado limited liability company,
AMANDA PINES LLC, a Colorado limited liability company,
AMANDA PINES NORTH LLC, a Colorado limited liability company, and
LADERO LAND DEVELOPMENT, INC., a Colorado corporation,

Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF ELBERT COUNTY,

Defendant.

_____

# MINUTE ORDER

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiffs' First Unopposed Motion to Amend Complaint** [docket no. 20, filed February 17, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accepted the attached First Amended Complaint for filing.

DATED:  February 18, 2014