IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 13-cv-02818-CMA-NYW | Date: March 5, 2015 |
| Courtroom Deputy: Brandy Simmons | FTR: NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| ROBERT QUINN,<br>KAREN QUINN,<br>PATRICIA RODENZ,<br>MICHAEL MCCLENDON,<br>DAVID AKSLAND,<br>SEAN MULVIHILL,<br>STEPHEN MULVIHILL,<br>EDWIN BAKER,<br>VIRGINIA BAKER,<br>STAN LYNN,<br>EDWARD LOVELACE,<br>DONNA LOVELACE,<br>EJL ENTERPRISES, INC.,<br>PRARIE LAND, LLC,<br>CRAIG CLAUSEN,<br>KENLOU, LLC,<br>GARY LEVIN,<br>FIDDLEBACK RANCH, LLC,<br>WILLIAM PAUL SUMMERS,<br>EUGENE ERICKSON,<br>ANNE ERICKSON,<br>LORA KRISTA,<br>REBECCA ARNOLD,<br>DENNIS LEONARD,<br>THOMAS MARONEY,<br>STATION GULCH RANCH, LLC,<br>RICHARD O'LEARY,<br>LINDA O'LEARY,<br>MORNINGSTAR DEVELOPMENT, LLC,<br>AMANDA PINES, LLC,<br>AMANDA PINES NORTH, LLC,<br>LADERO LAND DEVELOPMENT INC., | *James David Thorburn* |

**Plaintiffs,**

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.

**v.**

BOARD OF COUNTY COMMISSIONERS OF    *Josh Adam Marks*
ELBERT COUNTY,

    **Defendant.**

## COURTROOM MINUTES

**MOTION HEARING**

Court in session:  10:59 a.m.

Appearances of counsel.

Argument held on Plaintiffs' Motion to Amend Complaint Pursuant to the Court's Order Granting Motion to Dismiss [Doc. 30] [33] filed on October 31, 2014.

For the reasons stated on the record, it is

> **ORDERED: Plaintiffs' Motion to Amend Complaint Pursuant to the Court's Order Granting Motion to Dismiss [Doc. 30] [33] is TAKEN UNDER ADVISEMENT. Separate order to issue.**

Court in recess:  11:38 a.m.    Hearing concluded.    Total time in court:  00:39

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119