**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02818-CMA-NYW

ROBERT QUINN, and individual, *et al.*,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF ELBERT COUNTY,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Adopting and Affirming April 21, 2015 Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on May 29, 2015 it is

    ORDERED that Plaintiffs' objections (Doc. 47) are OVERRULED.  It is

    FURTHER ORDERED that the Recommendation of United States Magistrate Judge (Doc. 46) is AFFIRMED and ADOPTED as an Order of this Court.  Pursuant to the Recommendation, it is

    FURTHER ORDERED Plaintiffs' Motion to Amend the Complaint Pursuant to the Court's Order Granting Motion to Dismiss ("Motion to Amend") (Doc. # 33) is DENIED.  It is

    FURTHER ORDERED that Plaintiffs' claims are DISMISSED WITH PREJUDICE,

and this case is DISMISSED in its entirety. It is

FURTHER ORDERED that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within ten (10) days of entry of judgment. It is

FURTHER ORDERED that each party shall bear its own attorney fees.

DATED May 29, 2015

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/  V. Barnes

V. Barnes
Deputy Clerk